# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARELY LUCILA CASTILLO MARIN,<br><br>             Petitioner,<br><br>      v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br><br>           Respondents. | Case No. 5:26-cv-00911-AH-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring immediate release, subject to appropriate conditions of supervision and preventing Petitioner's re-

detention absent pre-deprivation notice and a hearing at which the Government must justify the need to confine Petitioner;

(3) Respondents are to file a status report within seven days confirming their compliance with the Court's order; and

(4) dismissing this case with prejudice.


Dated: MARCH 13, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2