JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KARELY LUCILA CASTILLO MARIN,

               Petitioner,

       v.

WARDEN, ADELANTO DETENTION FACILITY, et al.,

               Respondents.

Case No. 5:26-cv-00911-AH-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: MARCH 13, 2026

_____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE